```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 19674
   STEPHEN B MCELRATH
   LINDA MCELRATH                              CHAPTER 13

                                               JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-2830    SSN XXX-XX-0939

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/23/07 and confirmed on 01/31/08.

    2.  The case was converted to Chapter 7 after confirmation, 09/04/2008.

    3.  The Debtor paid a total of $   7598.16 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SN SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| SN SERVICING CORP | MORTGAGE ARRE | 27705.38 | .00 | .00 |
| NATE LYNN | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 13000.00 | 753.58 | 2230.47 |
| WILL COUNTY TREASURER | SECURED | 4555.16 | .00 | 1648.46 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1143.99 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 19434.37 | .00 | .00 |
| ALL CREDIT LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED WASTE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 2128.64 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 547.56 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1490.46 | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 4151.96 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS ALLIANCE INC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 294.26 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 242.74 | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 2547.11 | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 1341.17 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 4401.68 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 972.67 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 461.71 | .00 | .00 |

             Summary of disbursements:
------------------------------------------------------------------------------
            SECURED      PRIORITY      UNSECURED      OTHER      TOTAL

```
TOTAL CLMS ALLOWED       45260.54      20578.36      18579.96           .00      84418.86
PRINCIPAL PAID            3878.93           .00           .00           .00       3878.93
INTEREST PAID              753.58           .00           .00           .00        753.58
TOTAL PAID                4632.51           .00           .00           .00       4632.51
```

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   3500.00
and was paid $    126.00   direct and $    1315.34   through the plan.

The Trustee received $     354.31 .

Refunds to the Debtor totaled $    1296.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE